IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JOHN BAILEY,

    Plaintiff,

v.                                      CASE NO.  4:11cv304-SPM/WCS

EDWIN BUSS, et al.,

    Defendants.

_____/

## ORDER DIRECTING CLERK TO FILE HABEAS PETITION AS NEW CASE

THIS CAUSE comes before the Court on the habeas corpus petition and related documents (doc. 11) submitted by Plaintiff John Bailey and filed by the clerk in case number 4:11cv304-SPM/WCS.  Duplicate documents were submitted by Plaintiff John Bailey and are being filed by the clerk as a new habeas case.  Because the habeas corpus petition should be treated as a new case, it is

ORDERED AND ADJUDGED:

1.    No action will be taken on document 11 in case number 4:11cv304-SPM/WCS.

2.    The clerk shall ensure that one complete set of documents

submitted by Plaintiff for his habeas corpus petition is filed and processed as new case.

DONE AND ORDERED this 1st day of August, 2011.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge